IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:21-cv-00674-MOC-DSC

BRIAN D. GREEN,

    Plaintiff,

V.

SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP,
JERRY T. MYERS, and
MELISSA A. TULIS,

    Defendants.

## ORDER

Upon good cause shown, the Motion for Extension of Time is granted and it is ordered that the time for defendants Smith Debnam Narron Drake Saintsing & Myers, LLP, Jerry T. Myers, and Melissa A. Tulis to answer or otherwise respond to Plaintiffs' Amended Original Complaint is extended up to and including February 18 2022.

IT IS SO ORDERED, this the ___ day of _____, 2022.

_____