# Exhibit A



SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP
P.O. Box 176010, Raleigh, NC 27619-6010

February 19, 2021

Telephone: (919) 250-2142
Toll Free: (888) 704-0884
Facsimile: (919) 250-2100

Brian D Green
113 Indian Trail Rd N
Indian Trail NC 28079-7808

Re:    Discover Bank
        Outstanding balance: $3,770.36
        Account No. *************1212
        Our File No. N2102066

Dear Sir/Madam:

This letter is to notify you that this firm was retained to represent Discover Bank to collect its claim against you for the balance owing on your Discover Card account. Unless you, within thirty days after receipt of this notice, dispute the validity of the debt, or any portion thereof, we will assume the debt to be valid. If you notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

If you have made payment(s) to reduce the amount stated, please advise the amount paid, to whom it was paid, and when payment was made. Please note, this account is now handled from our office, all contact and payments must come through us. **If you wish to discuss this claim, please call Casey Smith at 919/250-2142, at extension 2186 or the toll-free number above.**

**Payment can be sent to our office payable to Discover Bank for the balance due.** You may also visit www.sdaccountpay.com to make a payment or check your balance at any time.

**\*\*This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.\*\***

Sincerely yours,

SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P.
D03