# Exhibit B

February 24, 2021

Brian D. Green
113 Indian Trail Road N. Suite 280
Indian Trail, NC 28079


Smith Debnam
Attorneys At Law
P.O. Box 176010
Raleigh, NC 27619

Regarding: Discover Bank ************1212; File No. # N2102066

Dear Sir/Madam:

CERTIFIED MAIL #   **7019 2970 0000 9101 5205**

Reference: File# N2102066; your somewhat misleading letter dated February 19, 2021.

To hand above-referenced. By this time you must realize that a debt collection effort which cannot tell a consistent story about the origin of the debt is not very credible.

I dispute the debt. You must therefore obtain verification of the debt and furnish a copy of the same. I require validation of the debt, showing all charges, payments, and credits on the account.

If you have reported any information about this debt to third parties, including credit reporting services, you are required to furnish the names and address of the entities to whom you have reported information about this debt within the last 30 days. You are also required to inform all such entities that the debt is disputed. Let me know when you have done so.

**Do not telephone me**. Do not contact any other persons about the debt. You must direct all communications intended to reach me via **US mail only**.

Thank you for attention to these matters.

Respectfully,

*[signature]*

Brian D. Green

RECEIVED
MAR 03 2021
SCANNED

Brian Green
113 Indian Trail Rd N
Indian Trail NC 28079

CERTIFIED MAIL

7019 2970 0000 9101 5205

Smith Debnam
Attorney's At Law
P.O. Box 176010
Raleigh NC 27619-6010

27619-601010