# Exhibit D

March 25, 2021

Brian D. Green
113 Indian Trail Road N Suite 280
Indian Trail NC 28079-7808

Smith Debnam
Attorneys At Law
P.O. Box 176010
Raleigh, NC 27619

Regarding: Discover Bank ************1212; File No. # N2102066

Dear Sir/Madam:

CERTIFIED MAIL # **7018 1830 0001 6583 7822**

## 2nd Request

Dear Smith Debnam and Jerry T. Myers,

I received your response to my request for **validation** dated March 11, 2021; however, it was incomplete. You neglected to provide all Original Level Account Documentation including Original Account Agreements in terms of the allege contract. Simply sending me appearing to be a number of allege statements is not sufficient.

I respectfully request the 2nd time that your office provides me with competent evidence that I have any legal obligation to pay you. Please provide me with the following:

1. I request all Original Account Level Documentation.
2. I request all Original Account Agreements.
3. I request validation of the debt, meaning the contractual obligation.
4. I request a wet ink signature of the contractual obligation.
5. I request validation of the debt, to wit, the chain of title to the debt.

If your office is able to provide the proper documentation as requested, I will require at least (30) thirty days to investigate this information.

Yours truly,

Brian D. Green

RECEIVED
MAR 31 2021
SCANNED

BGdiscover_02

Brian D. Green
113 Indian Trail Rd. N
Suite 280
Indian Trail NC 28079

Smith Debnam Attorneys at Law
P.O. Box 176010
Raleigh NC 27619-6010



CERTIFIED MAIL

7018 1830 0001 6583 7822

27619-601010